

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CELLCO PARTNERSHIP
d/b/a VERIZON WIRELESS,

    Plaintiff,

v.                           Civil Action No. 3:08cv4

ALLTEL CORPORATION and
ALLTEL COMMUNICATIONS, INC.,

    Defendants.

### ORDER

For the reasons set forth on the record on January 4, 2008, it is hereby ORDERED that the Motion For Temporary Restraining Order (Docket No. 3) is denied.

It is so ORDERED.

                                   /s/                REP
                            Robert E. Payne
                            Senior United States District Judge

Richmond, Virginia
Date: January 4, 2008